UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JOYCE GOODWIN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No.  2:14-cv-03026 ) ) |
| **NCO FINANCIAL SYSTEMS,  INC.;** and DOE 1-5, Defendant. | ) ) ) ) ) ) |

NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Joyce Goodwin and defendant NCO Financial Systems, Inc. have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by April 10, 2015, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: March 12, 2015

s/Robert Amador
Robert Amador, Esq.
Attorney for Plaintiff Joyce Goodwin
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, March 12, 2015, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

NCO Financial System
507 Prudential Road
Horsham PA 19044

                                                s/Robert Amador
                                                Robert Amador, Esq.
                                                Attorney for Plaintiff Joyce Goodwin
                                                Centennial Law Offices
                                                9452 Telephone Rd. 156
                                                Ventura, CA. 93004
                                                (888)308-1119 ext. 11
                                                (888) 535-8267 fax
                                                R.Amador@centenniallawoffices.com