UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOYCE GOODWIN,

          Plaintiff,

VS.                                              NO. 14-3026-Ma

NCO FINANCIAL SYSTEMS, INC.,
and DOE 1-5,

          Defendants.

# JUDGMENT

     Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed April 2, 2015.


**APPROVED:**


_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


_April 2, 2015_                          THOMAS M. GOULD
DATE                                     CLERK

                                         _s/ Zandra Frazier_
                                         (By) DEPUTY CLERK